**COMMONWEALTH OF KENTUCKY**
**FLOYD CIRCUIT COURT, DIVISION II**
**CIVIL ACTION NO. 18-CI-459**

**LISA AND ANTHONY ALLEN**                                                              **PLAINTIFFS**

**V.**

**EQUITRANS, LIMITED, and**
**SPECTRA ENERGY OPERATING COMPANY, LLC,**                   **DEFENDANTS**

**PLAINTIFFS ANSWERS TO REQUEST FOR ADMISSIONS**

Comes the Plaintiffs, Lisa and Anthony Allen, by counsel, and for their Answers to the Request for Admissions from Equitrans Limited, and states as follows:

**REQUEST FOR ADMISSIONS**

**REQUEST NO. 1**:  Admit that the damages you allege and seek in this case exceed seventy-five thousand dollars ($75,000.00), exclusive of interest and cost.

**ANSWER:** The Plaintiff will be relying upon expert proof to determine the amount of damages. Plaintiff's experts have additional work to do at this time.  Plaintiff cannot admit or deny the request at this time and therefore denies this request.

**REQUEST NO. 2:** Admit that your surface damage claims are limited by KRS 353.595 and KRS 353.5901.

**ANSWER**:  Deny.

**REQUEST NO. 3:** Admit that EQT was, at all relevant times, legally authorized and entitled to construct and operate the pipeline at issue.

**EXHIBIT C**

**ANSWER:** After reasonable inquiry and because no discovery has been taken regarding this claim, the Plaintiffs are neither able to admit or deny this request for admission. Therefore, the same is denied.

Respectfully submitted,

/s/ Adam P. Collins
**ADAM P. COLLINS, ESQ.**
**COLLINS, COLLINS, & CONLEY, PSC**
**PO BOX 727**
**HINDMAN, KY 41822**
**PHONE: (606) 785-5048**

### CERTIFICATE OF SERVICE

This is to certify that the foregoing was served on the parties herein by electronic filing and/or mailing a true copy on the 18th day of April, 2019 to the following:

John K. West, Esq.
Huntington Center, Ste. 2200
41 South High Street
Columbus, OH 43215

Candace Smith, Esq.
2525 Harrodsburg Road, Ste.300
Lexington, KY 40504

Brian Epling, Esq.
1600 Division Street, Ste. 700
Nashville, TN 37203

/s/ Adam P. Collins
ADAM P. COLLINS, ESQ.